BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California   95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | NO. 3:12-mj-016 CMK |
| v. | ) | ORDER |
| | ) | FOR UNSEALING COMPLAINT |
| MARIO ALFONSO MADRIGAL-FELIX | ) | |
| SERGIO ALONSO MADRIGA-FELIX, | ) | |
| Defendants. | ) | |
| _____ | ) | |

The government's request to unseal the Complaint and this case is GRANTED.

The redacted version of the complaint lodged with the Court by the government shall be

unsealed and placed in the public record.

SO ORDERED:

DATED: July 27, 2012                    /s/   Gregory G. Hollows
                                        GREGORY G. HOLLOWS
                                        HON. U.S. Magistrate Judge