DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW C. BOCKMON, Bar# 161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MARIO ALFONSO MADRIGAL-FELIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO ALFONSO and<br>MARIO ALFONSO MADRIGAL-<br>FELIX,<br><br>Defendants. | CR-S-12-291 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT**<br><br>DATE:  November 19, 2012<br>TIME:   9:30 a.m.<br>JUDGE: William B. Shubb |

It is hereby stipulated and agreed to between the United States of America through Christopher Hales, Assistant U.S. Attorney, and defendants, SERGIO ALFONSO MADRIGAL-FELIX by and through his counsel, Clemente Jimenez, and MARIO ALFONSO MADRIGAL-FELIX by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of November 5, 2012, be vacated and a new status conference hearing date of **Monday, November 19, at 9:30 a.m.**, be set.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses, and to continue investigating the facts of the case.

///

///

1      It is further stipulated and agreed between the parties that the time period from October 23, 2012,
2  through and including the date of the new status conference hearing, November 19, 2012, shall be
3  excluded from computation of time within which the trial of this matter must be commenced under the
4  Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for
5  defense counsel to prepare].

DATED: October 23, 2012

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      */s/ Matthew C. Bockmon*
                                      MATTHEW C. BOCKMON
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      MARIO ALFONSO MADRIGAL-FELIX

DATED: October 23, 2012          */s/ Matthew C. Bockmon for*
                                      CLEMENTE JIMENEZ
                                      Attorney for Defendant
                                      SERGIO ALFONSO MADRIGAL-FELIX

DATED: October 23, 2012          BENJAMIN B. WAGNER
                                      United States Attorney

                                      */s/ Matthew C. Bockmon for*
                                      CHRISTOPHER HALES
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on October 23, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently scheduled for Monday, November 5, 2012, be vacated and that the case be set for **Monday, November 19, at 9:30 a.m.**  The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 23, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, October 23, 2012, through and including November 19, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv)  and Local Code T4.

DATED:  **October 23, 2012**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE