UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


FILED
MAR 11 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                                  )<br>                    Plaintiff,                        )<br>v.                                                          )<br>                                                                  )<br>**SERGIO ALONSO MADRIGAL-FELIX,** )<br>                                                                  )<br>                    Defendant.                     )<br>_____) | Case No. CR S-12-0291-01 WBS<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release **Sergio Alonso Madrigal-Felix** Case CR S-12-0291-01 WBS from custody for the following reasons:

    \_\_     Release on Personal Recognizance

    \_\_     Bail Posted in the Sum of _____

    \_\_     Unsecured bond

    \_\_     Appearance Bond with 10% Deposit

    \_\_     Appearance Bond secured by Real Property

    \_\_     Corporate Surety Bail Bond

    **X**     (Other)   Defendant sentenced to a term of TIME SERVED.

Issued at Sacramento, CA on March 11, 2013 at 11:30 a.m.

By _/s/ William B. Shubb_
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing ✓