BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CR-00291-WBS |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| SERGIO ALONSO MADRIGAL-FELIX, and | |
| MARIO ALFONSO MADRIGAL-FELIX, | |
| Defendants. | |

WHEREAS, on January 2, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. §§ 982(a)(6) and 1028(b)(5), based upon the plea agreements entered into between plaintiff and defendants Sergio Alonso Madrigal-Felix and Mario Alfonso Madrigal-Felix forfeiting to the United States the following property:

   a. Dell laptop, S/N: 4KK2LT1;
   b. Western Digital hard drive, S/N: WXN309LK9315
   c. Hewlett Packard printer, S/N: CN1633C1Z4;
   d. GBC laminator; and
   e. Inkjet sticker paper.

AND WHEREAS, beginning on January 9, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing

to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 1028(b)(5), to be disposed of according to law, including all right, title, and interests of Sergio Alonso Madrigal-Felix and Mario Alfonso Madrigal-Felix.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 25th day of March, 2013.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE